```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY PEREZ,

            Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

            Defendant.

1:22-cv-10723

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case one week in advance of the conference. [ECF No. 9]. No documents were timely filed. Accordingly, IT IS HEREBY ORDERED that the Parties shall file the requisite documents by April 18, 2023 at 11:00 AM. The Parties should further explain why they failed to comply with the Court's order. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

*Mary Kay Vyskocil*

**Date: April 17, 2023**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**