USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARVEY PEREZ,

                Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                Defendant.

1:22-cv-10723

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    A status conference in scheduled in this matter for November 29, 2023 at 10:30 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  It is HEREBY ORDERED that the status conference is rescheduled to **November 29, 2023 at <u>3:00 PM</u>**.

    As per the Civil Case Management Plan and Scheduling order [*see* ECF No. 12], one week before the conference, the parties shall submit a joint letter regarding the status of the case.  The letter should include the following information in separate paragraphs:

    a.  a statement of any existing deadlines, due dates, and/or cut-off dates;

    b.  a brief description of any outstanding motions;

    c.  a brief description of the discovery and undertaken if either party believes any additional discovery that needs to be completed;

    d.  a statement describing the status of any settlement discussions and whether the parties would like a settlement conference;

    e.  a statement of the anticipated length of trial and whether the case is to be tried to a jury;

f.  a statement of whether any party anticipates filing a motion for summary judgment or a motion to exclude expert testimony (see Individual Practice Rules ¶4(A)(i));

g.  any other issue that the parties would like to address at the conference; and

h.  any other information that the parties believe may assist the Court in advancing the case to settlement or trial.

If no SJ motion is anticipated, the post-discovery conference will serve as a pre-trial conference. Parties should be prepared to discuss scheduling of trial and all pre-trial matters.

Any request for an extension or adjournment shall be made by letter filed on ECF at least 48 hours before the deadline.  **Failure to comply with the Court's orders may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

Date:  November 20, 2023
New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**